UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR13-034 RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| TIMOTHY WAYNE EHLERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:     Unlawful Possession of Ammunition

<u>Date of Detention Hearing</u>:   February 6, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has a lengthy criminal record with numerous failures to appear and

DETENTION ORDER
PAGE -1

bench warrant activity. He has three prior felony convictions that would cause him to be prohibited from possessing a firearm or ammunition.

2. The AUSA proffers reports from a neighbor indicating the defendant was allegedly stalking her and his sister reported witnessing him put a long rifle into his truck. After a report of a disturbance at a local auto parts store, defendant's truck was searched by law enforcement and 371 rounds of various types of ammunition were found. Defendant's parents report concern for their safety and the safety of others, indicating possible mental health issues and their belief that defendant has been selling firearms.

3. Defendant poses a risk of nonappearance due to prior failures to appear, lack of employment, possible substance abuse and mental health issues and unstable residence. Defendant poses a risk of danger due to criminal record and failure to abide by court orders.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>6th</u> day of February, 2013.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge